UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNILOC 2017 LLC, <br><br> Plaintiff, <br><br> v. <br><br> HTC AMERICA, INC., <br><br> Defendant. | No. C18-1732 RSM <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR HTC AMERICA, INC. TO RESPOND TO COMPLAINT** |

## I. STIPULATION

Plaintiff Uniloc 2017 LLC and Defendant HTC America, Inc. ("HTC"), by and through their undersigned counsel of record, hereby stipulate and agree as follows.

1. HTC was served with the Summons and Complaint on January 25, 2019 and its Answer is currently due on February 15, 2019. Based on the recent retention of defense counsel and the need for more time to assess claims and defenses, HTC seeks an extension of 30 days to answer or otherwise respond to the Complaint. Plaintiff has agreed to HTC's extension request.

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR HTC AMERICA, INC. TO RESPOND TO COMPLAINT
NO. 2:18-cv-1732 RSM – Page 1

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

2. The parties agree that the time for Defendant to respond to the Complaint with such pleadings, motions, or objections as it deems appropriate should be extended to March 18, 2019.

3. HTC requests that the Court enter the subjoined Order.

IT IS SO STIPULATED this 7th day of February, 2019.

| | |
|---|---|
| **VAN KAMPEN & CROWE PLLC** | **YARMUTH LLP** |
| By: *s/Al Van Kampen*<br>Al Van Kampen, WSBA No. 13670<br>1001 Fourth Avenue, Suite 4050<br>Seattle, WA 98154<br>Telephone: (206) 386-7353<br>Fax: (206) 405-2825<br>AVanKampen@VKClaw.com | By: *s/ Molly A. Terwilliger*<br>Molly A. Terwilliger, WSBA No. 28449<br>1420 Fifth Avenue, Suite 1400<br>Seattle, WA 98101<br>Telephone: (206) 516-3800<br>Fax: (206) 516-3888<br>mterwilliger@yarmuth.com |
| **PRINCE LOBEL TYE LLP** | **VINSON & ELKINS, LLP** |
| By: *s/Aaron S. Jacobs*<br>Aaron S. Jacobs *(pro hac vice)*<br>James J. Foster *(pro hac vice)*<br>Kevin Gannon *(pro hac vice)*<br>One International Place, Suite 3700<br>Boston, MA 02110<br>Telephone: (617) 456-8000<br>Ajacobs@princelobel.com<br>Jfoster@princelobel.com<br>kgannon@princelobel.com | By: *s/ Mario A. Apreotesi*<br>Fred I. Williams *(pro hac vice pending)*<br>Mario A. Apreotesi *(pro hac vice pending)*<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746<br>Telephone: (512) 542.8400<br>Fax: (512) 542.8612<br>fwilliams@velaw.com<br>mapreotesi@velaw.com |
| *Attorneys for Plaintiff* | Todd E. Landis *(pro hac vice pending)*<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201<br>Telephone: (214) 220.7700<br>Fax: (214) 220.7716<br>tlandis@velaw.com<br><br>*Attorneys for Defendant HTC America, Inc.* |



## II. ORDER

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the time for Defendant HTC America, Inc. to answer or otherwise respond to Plaintiff's Complaint shall be extended to March 18, 2019.

DATED this 8th day of February 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR HTC AMERICA, INC. TO RESPOND TO COMPLAINT
NO. 2:18-cv-1732 RSM – Page 3

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888