UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HTC AMERICA, INC.,<br><br>    Defendant. | Case No.: C18-1732 RSM<br><br>ORDER GRANTING MOTION TO EXTEND RULE 26 DEADLINES |

Before the Court is Plaintiff Uniloc 2017 LLC's ("Uniloc") Motion to Extend Rule 26 Deadlines. For the reasons stated in Uniloc's Motion, and for good cause shown, the Court hereby resets the following deadlines:

    Deadline for FRCP 26(f) Conference:    2/27/2019

    Initial Disclosures Pursuant to FRCP 26(a)(1):    3/6/2019

    Combined Joint Status Report and Discovery
    Plan as Required by FRCP 26(f) and Local Civil
    Rule 26(f):    3/13/2019

DATED this 21st day of February 2019.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO EXTEND RULE
26 DEADLINES
Case No. 2:18-cv-01732-RSM

- 1 -

| | |
|---|---|
| 1 | *Presented by*: |
| 2 | *s/ Al Van Kampen*<br>Al Van Kampen, WSBA No. 13670 |
| 3 | Van Kampen & Crowe PLLC<br>1001 Fourth Avenue, Suite 4050 |
| 4 | Seattle, WA 98154<br>Tel: (206) 386-7353 |
| 5 | Fax: (206) 405-2825<br>Email: AVanKampen@VKClaw.com |
| 6 | |
| 7 | /s/ Aaron Jacobs<br>Paul J. Hayes (*Pro Hac Vice*) |
| 8 | Kevin Gannon (*Pro Hac Vice*)<br>Aaron Jacobs (*Pro Hac Vice*) |
| 9 | Prince Lobel Tye LLP<br>One International Place - Suite 3700 |
| 10 | Boston, MA 02110<br>Tel: (617) 456-8000 |
| 11 | Fax: (617) 456-8100<br>Email: phayes@princelobel.com |
| 12 | Email: kgannon@princelobel.com<br>Email: ajacobs@princelobel.com |
| 13 | |
| 14 | ATTORNEYS FOR THE PLAINTIFF |

ORDER GRANTING MOTION TO EXTEND RULE 26 DEADLINES
Case No. 2:18-cv-01732-RSM

- 2 -