UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNILOC 2017 LLC, <br><br> Plaintiff, <br><br> v. <br><br> HTC AMERICA, INC., <br><br> Defendant. | Case No. C18-1732 RSM <br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT** |

I. **STIPULATION**

This Stipulation is entered into by and between Plaintiff Uniloc 2017 LLC and Defendant HTC America, Inc. by their respective counsels. The parties agree that the deadlines for initial disclosures and the joint status report should be extended to align with deadlines in the parties' cases proceeding in parallel before other judges, including:

Case No. 2:18-cv-01727-JLR,

Case No. 2:18-cv-01728-BJR,

Case No. 2:18-cv-01730-BJR, and

Case No. 2:18-cv-01731-JLR (together with the above-captioned case, "the Cases").

**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT**  1

Specifically, the parties respectfully request that (1) the deadline for the joint status report, currently March 13, 2019, be extended to March 29, 2019, and (2) the deadline for initial disclosures, currently March 6, 2019, be extended to April 12, 2019.

The proposed deadline of March 29, 2019, is the latest deadline among the five Cases for filing the parties' joint status report. The parties also propose a deadline for initial disclosure to be 14 days after the joint status report is entered. These extensions should not otherwise affect the schedule in the Cases.

For the foregoing reasons, the parties respectfully request that the deadline for the initial disclosures and joint status report be modified as stipulated above.

Dated:  March 6, 2019                                    Respectfully submitted,

| | |
|---|---|
| **PRINCE LOBEL TYE LLP** | **VINSON & ELKINS LLP** |
| By: */s/ Aaron S. Jacobs*<br>Aaron S. Jacobs (*pro hac vice*)<br>James J. Foster (*pro hac vice*)<br>One International Place, Suite 3700<br>Boston, MA 02110<br>Telephone: (617) 456-8000<br>Ajacobs@princelobel.com<br>Jfoster@princelobel.com | */s/ Fred I. Williams*<br>Fred I. Williams (*pro hac vice*)<br>fwilliams@velaw.com<br>Mario A. Apreotesi (*pro hac vice*)<br>mapreotesi@velaw.com<br>VINSON & ELKINS LLP<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746-7568<br>512.542.8400 telephone<br>512.542.8610 facsimile |
| **VAN KAMPEN & CROWE PLLC**<br><br>Al Van Kampen, WSBA No. 13670<br>David E. Crowe, WSBA No. 43529<br>1001 Fourth Avenue, Suite 4050<br>Seattle, WA 98154<br>Telephone: (206) 386-7353<br>Fax: (206) 405-2825<br>AVanKampen@VKClaw.com<br>DCrowe@VKClaw.com<br><br>*Attorneys for Plaintiff Uniloc 2017 LLC* | Todd E. Landis (*pro hac vice*)<br>tlandis@velaw.com<br>VINSON & ELKINS LLP<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX  75201<br>214.220.7700 telephone<br>214.220.7716 facsimile<br><br>**YARMUTH LLP**<br><br>Molly A. Terwilliger, WSBA No. 28449<br>mterwilliger@yarmuth.com<br>YARMUTH LLP |

1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
206.516.3800 telephone
206.516.3888 facsimile

*Attorneys for Defendant HTC America, Inc.*

STIPULATION AND ORDER TO EXTEND
THE DEADLINE FOR INITIAL
DISCLOSURES AND JOINT STATUS
REPORT

3

Yarmuth LLP

1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

## II. **ORDER**

Based on the foregoing stipulation of the parties, IT IS SO ORDERED that the deadline for the parties to file their (1) Joint Status Report is March 29, 2019, and (2) Initial Disclosures is April 12, 2019.

DATED this 7th day of March 2019

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT

4



1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800  fax 206.516.3888