The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNILOC 2017 LLC,

        Plaintiff,

v.

HTC AMERICA, INC.,

        Defendant.

Case No. 2:18-cv-01732-RSM

**STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR INVALIDITY AND NONINFRINGEMENT CONTENTIONS, AND OPENING AND REBUTTAL EXPERT REPORTS REGARDING MARKMAN ISSUES**

## STIPULATION

This Stipulation is entered into by and between Plaintiff Uniloc 2017 LLC and Defendant HTC America, Inc. by their respective counsels. The parties agree that the deadlines for Defendant's invalidity and noninfringement contentions and the parties' opening and rebuttal expert witness reports regarding Markman issues should be extended. Specifically, the parties respectfully request that (1) the deadline for Defendant's invalidity and noninfringement contentions, currently December 23, 2019, be extended to January 12, 2019; (2) the deadline for the opening expert reports regarding Markman issues, currently December 24, 2019, be extended to February 6, 2020; and (3) the deadline

STIPULATION AND ORDER TO EXTEND THE
DEADLINES FOR INVALIDITY & NONINFRINGEMENT
CONTENTIONS, & OPENING & REBUTTAL EXPERT
REPORTS REGARDING MARKMAN ISSUES
(2:18-CV-01732-RSM)

1

Yarmuth LLP

1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

for rebuttal expert reports regarding Markman issues, currently January 27, 2020, be extended to March 6, 2020. These extensions will not affect the Court's date for the Markman hearing on April 24, 2020.

Dated: December 23, 2019

Respectfully submitted,

**VINSON & ELKINS LLP**

*/s/ Fred I. Williams*
Fred I. Williams (*pro hac vice*)
fwilliams@velaw.com
Mario A. Apreotesi (*pro hac vice*)
mapreotesi@velaw.com
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
512.542.8400 telephone
512.542.8610 facsimile

Todd E. Landis (*pro hac vice*)
tlandis@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
214.220.7700 telephone
214.220.7716 facsimile

**YARMUTH LLP**

Molly A. Terwilliger, WSBA No. 28449
mterwilliger@yarmuth.com
YARMUTH LLP
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
206.516.3800 telephone
206.516.3888 facsimile

*Attorneys for Defendant HTC America, Inc.*

STIPULATION AND ORDER TO EXTEND THE
DEADLINES FOR INVALIDITY & NONINFRINGEMENT
CONTENTIONS, & OPENING & REBUTTAL EXPERT
REPORTS REGARDING MARKMAN ISSUES
(2:18-CV-01732-RSM)

2

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800  fax 206.516.3888

| | |
|---|---|
| 1 | **VAN KAMPEN & CROWE PLLC** |
| 2 | Al Ven Kampen, WSBA No. 13670 |
| 3 | 1001 Fourth Avenue, Suite 4050<br>Seattle, WA 98154 |
| 4 | Telephone: (206) 386-7353<br>Fax: (206) 405-2825 |
| 5 | AVanKampen@VKClaw.com |
| 6 | **PRINCE LOBEL TYE LLP** |
| 7 | */s/ James J. Foster*<br>James J. Foster (*pro hac vice*) |
| 8 | Aaron S. Jacobs (*pro hac vice*)<br>One International Place, Suite 3700 |
| 9 | Boston, MA 02110<br>Telephone: (617) 456-8000 |
| 10 | Ajacobs@pricelobel.com<br>Jfoster@princelobel.com |
| 11 | *Attorneys for Plaintiff Uniloc 2017 LLC* |

STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR INVALIDITY & NONINFRINGEMENT CONTENTIONS, & OPENING & REBUTTAL EXPERT REPORTS REGARDING MARKMAN ISSUES (2:18-CV-01732-RSM)

3

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

## ORDER

Based on the foregoing stipulation of the parties, IT IS SO ORDERED that the deadline for (1) Defendant's invalidity and noninfringement contentions is January 12, 2020, (2) the opening expert reports regarding Markman issues is February 6, 2020, and (3) the rebuttal expert reports regarding Markman issues is March 6, 2020.

DATED this 30 day of December 2019

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR INVALIDITY & NONINFRINGEMENT CONTENTIONS, & OPENING & REBUTTAL EXPERT REPORTS REGARDING MARKMAN ISSUES (2:18-CV-01732-RSM)

4

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888