UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>                      Plaintiff,<br><br>    v.<br><br>HTC AMERICA, INC.,<br><br>                      Defendant. | Case No. 2:18-cv-01732-RSM<br><br>**JOINT STIPULATION AND MOTION, AND ORDER TO EXTEND THE DEADLINES FOR OPENING AND RESPONSIVE CLAIM CONSTRUCTION BRIEFS** |

## JOINT STIPULATION AND MOTION

This Joint Stipulation and Motion is entered into by and between Plaintiff Uniloc 2017 LLC and Defendant HTC America, Inc., by their respective counsels.

In light of the COVID-19 pandemic and the *Markman* hearing being continued from April 24, 2020, until at least mid-June 2020, the parties respectfully request that the deadlines for opening and responsive claim construction briefs each be moved back by one week, to March 27, 2020, and April 10, 2020, respectively.

These extensions will not otherwise affect the schedule in this matter. However, the parties note that, in light of the aforementioned issues, and as recognized by the Court's General Order No. 02-20, the remainder of the schedule will in all likelihood need to be amended. For example, review of the source code in this case will require Uniloc's expert to travel to HTC's

counsel's office.  And, depositions of the parties will require travel to, *inter alia*, Seattle, Los Angeles, Hawaii and Taiwan, travel which would be impossible given current conditions.  The parties will continue to meet and confer to discuss options, and also seek guidance from the Court.

For the foregoing reasons, the parties respectfully request that these deadlines be modified as stipulated above.

Dated:  March 18, 2020

Respectfully submitted,

| **VAN KAMPEN & CROWE PLLC** | **WILLIAMS SIMONS & LANDIS PLLC** |
|---|---|
| By: */s/Al Van Kampen* <br> Al Van Kampen, WSBA No. 13670 <br> 1001 Fourth Avenue, Suite 4050 <br> Seattle, WA 98154 <br> Telephone: (206) 386-7353 <br> Fax: (206) 405-2825 <br> AVanKampen@VKClaw.com | */s/ Fred I. Williams* <br> Fred I. Williams (*pro hac vice*) <br> fwilliams@wsltrial.com <br> Todd E. Landis (*pro hac vice*) <br> tlandis@wsltrial.com <br> 327 Congress Ave., Suite 490 <br> Austin, TX 78701 <br> 512-543-1354 |
| **PRINCE LOBEL TYE LLP** | **YARMUTH LLP** |
| By: */s/ Aaron S. Jacobs* <br> Aaron S. Jacobs (*pro hac vice*) <br> James J. Foster (*pro hac vice*) <br> One International Place, Suite 3700 <br> Boston, MA 02110 <br> Telephone: (617) 456-8000 <br> Ajacobs@princelobel.com <br> Jfoster@princelobel.com <br><br> *Attorneys for Plaintiff Uniloc 2017 LLC* | By: */s/Molly A. Terwilliger* <br> Molly A. Terwilliger, WSBA No. 28449 <br> mterwilliger@yarmuth.com <br> YARMUTH LLP <br> 1420 Fifth Avenue, Suite 1400 <br> Seattle, WA 98101 <br> 206.516.3800 telephone <br> mterwilliger@yarmuth.com |

*Attorneys for Defendant HTC America, Inc.*

# **ORDER**

Based on the foregoing stipulation of the parties, IT IS SO ORDERED that the deadline to file opening claim construction briefs is set to March 27, 2020, and the deadline to file responsive claim construction briefs is set to April 10, 2020.

DATED this 20th day of March 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE