The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>HTC AMERICA, INC.,<br><br>            Defendant. | Case No. 2:18-cv-01732-RSM<br><br>**JOINT STIPULATION AND MOTION, AND ORDER TO EXTEND DEADLINES**<br><br>**NOTED ON MOTION CALENDAR: JULY 10, 2020** |

## **ORDER**

Based on the foregoing stipulation of the parties, IT IS SO ORDERED that the Order Setting Trial Dates and Related Dates, Dkt. No. 55, is amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| **JURY TRIAL DATE** | **March 15, 2021** | - |
| Markman hearing at 9:00 AM on | 9/10/2020 | - |
| Reports from expert witnesses under FRCP 26(a)(2) due | 8/14/2020 | 10/13/2020 |
| Rebuttal expert reports due | 9/11/2020 | 11/10/2020 |

| | | |
|---|---|---|
| Expert discovery deadline | Not set | 12/4/2020 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to CR7(d)(d)(3) or CR37(a)(2)(B) | 9/11/2020 | - |
| Discovery completed by | 10/13/2020 | - |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR7(d)) | 11/6/2020 | 12/15/2020 |
| Settlement conference per CR 39.1(c)(2) held no later than | 1/6/2021 | - |
| Mediation per CR 39.1(c)(3) held no later than | 1/13/2021 | - |
| All motions in limine must be filed by and noted on the motion calendar for the third Friday thereafter pursuant to CR7(d) | 1/13/2021 | - |
| Agreed pretrial order due | 3/3/2021 | - |
| Trial briefs, proposed voir dire questions and jury instructions | 3/10/2021 | - |
| Pretrial conference to be scheduled by the Court. | | - |
| Length of JURY Trial: | | **5 days** |

DATED this 13th day of July, 2020

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE