The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNILOC 2017, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>HTC AMERICA, INC.,<br><br>        Defendant. | No. 2:18-cv-1732-RSM<br><br>**ORDER GRANTING HTC AMERICA, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF REGARDING CLAIM CONSTRUCTION** |

This matter is before the Court on Defendant HTC America, Inc.'s Motion for Leave to File Supplemental Brief regarding Claim Construction. Dkt. #57. Having reviewed the motion and the relevant briefing, the materials submitted in support of and in opposition to the Motion, and the remainder of the record, the Court hereby ORDERS:

1. HTC America, Inc.'s Motion for Leave to File Supplemental Brief Regarding Claim Construction (Dkt. #57) is GRANTED.

2. HTC America, Inc. may file its Supplemental Claim Construction Brief no later than July 29, 2020.

3. Uniloc 2017 LLC may file a response, not to exceed eight (8) pages, no later than August 5, 2020.

4. HTC America, Inc. may file a reply, not to exceed four (4) pages, no later than August 7, 2020.

DATED this 27th day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE